NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATASHA COLLINS, All Star Entertainment,**
*Plaintiff-Appellant*

**v.**

**SHUTTERED VENUES OPERATIONS GRANT, SMALL BUSINESS ADMINISTRATION, (Isabella Guzman),**
*Defendants-Appellees*

---

2025-1350

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in No. 2:22-cv-01310-JP, Judge John R. Padova.

---

**ON MOTION**

---

Before LOURIE, CHEN, and STARK, *Circuit Judges.*

PER CURIAM.

### O R D E R

Natasha Collins filed this suit seeking to compel the Small Business Administration (SBA) to grant her application for economic aid under the Shuttered Venue Operators

Grant program. The United States District Court for the Eastern District of Pennsylvania dismissed. Ms. Collins then filed a notice of appeal directed to this court. In response to our show cause order, the SBA urges dismissal while Ms. Collins asks for relief on the merits.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," *id.* § 1346(a)(2), *see id.* § 1295(a)(2). This case does not fall within that jurisdiction. Lacking jurisdiction, we deem it appropriate under the circumstances to transfer this appeal to the United States Court of Appeals for the Third Circuit. *See* 28 U.S.C. §§ 41, 1291, 1294, 1631.

Accordingly,

IT IS ORDERED THAT:

This matter and all case filings are transferred to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 22, 2026
Date